UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Robert Foster,<br><br>                  Plaintiff,<br>v.<br><br>Central Credit Services, Inc.; and DOES 1-10, inclusive,<br><br>                  Defendant. | Civil Action No.:  3:14-cv-00532-slc |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: September 15, 2014

                                                  Respectfully submitted,

                                                  By /s/ Amy L. Cueller

                                                  Amy L. Cueller, Esq., #15052-49
                                                  LEMBERG LAW, L.L.C.
                                                  1100 Summer Street, 3rd Floor
                                                  Stamford, CT 06905
                                                  Telephone: (203) 653-2250
                                                  Facsimile:  (203) 653-3424
                                                  E-Mail: acueller@lemberglaw.com
                                                  Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 15, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of Wisconsin Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By /s/ Amy L. Cueller_____

                                               Amy L. Cueller