UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Robert Foster, | : |
| | : Civil Action No.: 3:14-cv-00532-slc |
| Plaintiff, | : |
| v. | : |
| Central Credit Services, Inc.; and DOES 1-10, inclusive, | : |
| Defendant. | : |

NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
PURSUANT TO RULE 41(a)

Robert Foster ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: October 28, 2014

Respectfully submitted,

By /s/ Amy L. Cueller

Amy L. Cueller, Esq., #15052-49
LEMBERG LAW, L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
E-Mail: acueller@lemberglaw.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2014, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court Western District of Wisconsin Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Amy L. Cueller

Amy L. Cueller